UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

GRANDANA, LLC, et al.                                                              PLAINTIFFS

V.                                        CIVIL ACTION NO. 3:23-CV-380-KHJ-MTP

ARCH SPECIALTY INSURANCE COMPANY                              DEFENDANT

ORDER

The parties have announced to the Court a settlement of this case, and the Court desires this matter to be closed on its docket.

IT IS, THEREFORE, ORDERED that this case is dismissed with prejudice as to all parties. If any party fails to execute or comply with the settlement agreement, an aggrieved party or parties may reopen the case to enforce the settlement agreement. If successful, all additional attorneys' fees and costs from this date will be awarded to the aggrieved party or parties against the party failing to execute or comply with the settlement agreement. The Court specifically retains jurisdiction to enforce the settlement agreement.

SO ORDERED AND ADJUDGED, this 28th day of February, 2025.

                                                            s/ *Kristi H. Johnson*
                                                  UNITED STATES DISTRICT JUDGE